580

441 A.2d 783

Commonwealth v. Egnotovich, Appellant.

Petition for Allowance of Appeal Denied September 2, 1982.

Argued December 4, 1980. Peter G. Loftus, for appellant; Michael J. Krushinski, Assistant District Attorney, for Commonwealth, appellee.

Before HESTER, CAVANAUGH and VAN der VOORT, JJ.

Judgment of sentence and order affirmed.

441 A.2d 783

Commonwealth v. Griffin, Appellant.
Petition for Allowance of Appeal Denied April 23, 1982.

Argued June 11, 1980. Taylor P. Andrews, Assistant Public Defender, for appellant; J. Michael Eakin, Assistant District Attorney, for Commonwealth, appellee.

Before HESTER, CAVANAUGH and VAN der VOORT, JJ.

Judgment of sentence affirmed.